1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Right Connection, Inc., a Nevada corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DPP Enterprises, Inc., a California corporation; and Michael Manahan, an individual,<br><br>　　　　　Defendants.<br>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>><br>And Related Counterclaims | Case No. 12cv2547 BGS_____<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF COMPLAINT AND COUNTERCLAIM WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)** |

This matter comes before the Court pursuant to a Joint Motion To Dismiss Complaint And Counterclaim With Prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure (the "Joint Motion") filed by plaintiff Right Connection, Inc., defendants and counterclaim plaintiffs DPP Enterprises, Inc. and Michael Manahan, and counterclaim defendant Donald Hughes.

Having considered the Joint Motion and the files and records in this matter, and good cause appearing,

The Court hereby orders as follows:

1. The Joint Motion is GRANTED.

2. The complaint and counterclaim are hereby dismissed with prejudice.

3. Each side shall bear its own costs and attorneys' fees in this action.

4. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:  February 6, 2013

_____
Hon. Bernard G. Skomal
United States Magistrate Judge